■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT ADAMS, Appellant.—Judgment, Supreme Court, New York County (Martin Stecher, J.), rendered on March 16, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Bloom, Lynch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT OSORIO, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on November 10, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Asch, J. P., Fein, Milonas, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ALWADISH, Appellant.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), rendered on October 19, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Asch, J. P., Fein, Milonas, Kassal and Ellerin, JJ.